# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| BRYAN FAZIO, individually and on behalf of all others similarly situated,<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:26-cv-01187 |
| AMERICAN ADDICTION CENTERS, INC.<br>*Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMERICAN ADDICTION CENTERS, INC
SERVE: CT Corporation
300 Montvue Road
Knoxville, TN 37919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Grayson Wells
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Email: gwells@stranchlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/19/2026

A. Malone
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* American Addiction Centers INC.
was received by me on *(date)* 8/19/26 .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CT Corporation , who is
designated by law to accept service of process on behalf of *(name of organization)* American Addiction Centers INC on *(date)* 8/24/26 ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/28/26

Gulcheen Bazirki
*Server's signature*

Gulcheen Bazirki - Paralegal
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

| **SENDER: *COMPLETE THIS SECTION*** | ***COMPLETE THIS SECTION ON DELIVERY*** |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) Samantha Sanders<br>C. Date of Delivery |
| 1. Article Addressed to:<br>American Addiction Centers, Inc<br>c/o CT Corporation<br>300 Montvue Road<br>Knoxville, TN 37919<br>9590 9402 9748 5266 7526 29 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>AUG 24 2020 |
| 2. Article Number (*Transfer from servi e label*)<br>9589 0710 5270 3996 2398 40 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Tracking Number:

# 9589071052703996239840

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 10:35 am on August 24, 2026 in KNOXVILLE, TN 37919.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

KNOXVILLE, TN 37919
August 24, 2026 10:35 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?